**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7200**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

STEVEN JOHNSON, a/k/a Tootie, a/k/a Too Low,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:95-cr-00488-JFA-9)

Submitted: January 31, 2017      Decided: February 3, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Johnson, Appellant Pro Se. Sean Kittrell, Assistant United States Attorney, Charleston, South Carolina, Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Steven Johnson appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. See United States v. Smalls, 720 F.3d 193, 195 (4th Cir. 2013). Accordingly, we affirm for the reasons stated by the district court. United States v. Johnson, No. 3:95-cr-00488-JFA-9 (D.S.C. Aug. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED